**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gerardo IBARRA–RAMIREZ, AKA Javier Hernandez–Hernandez, AKA Javier Gustavo Hernandez–Hernandez, AKA Javier Hernandez–Reyes, Defendant–Appellant.**

**No. 11–10352.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2012.*

Filed May 17, 2012.

Matthew G. Eltringham, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Florence Bruemmer, Law Offices of Florence M. Bruemmer, PC, Anthem, AZ, for Defendant–Appellant.

Before: CANBY, GRABER and M. SMITH, Circuit Judges.

MEMORANDUM **

Gerardo Ibarra–Ramirez appeals from his guilty-plea conviction and 70–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ibarra–

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Ramirez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the available record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.